# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PARENTEAU, ET AL. <br><br> PLAINTIFF(S)/PETITIONER(S) <br> v. <br> GENERAL MOTORS, LLC, <br><br> DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER <br><br> CV 14-4961 CAS(MANx) <br><br> **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 14-03** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)* :

the fact that there is a potential appearance of impartiality because the judge's husband serves on the plaintiff's executive committee In re: General Motors LLC Ignition Switch Litigation, 14-MD_2543 (JMF).

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 14-03.

This self-recusal has been Ordered:
- ☐ within 120 days of the Court being assigned said case.
- ☑ after 120 days of the Court being assigned said case.

_12/29/14_               _Christina A. Snyder_
Date                                                United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __R. Gary Klausner__. On all documents subsequently filed in this case, please substitute the initials __RGK__ after the case number in place of the initials of the prior Judge so that the case number will read: __CV 14-04961 RGK(MANx)__.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-52 (06/14)      ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 14-03