GREGORY R. OXFORD (SBN 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:  (310) 316-1990
Facsimile: (310) 316-1330
goxford@icclawfirm.com

Attorneys for Defendant
General Motors LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM PARENTEAU, DAVID OLMEDO, and WENDY SMITH, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC,<br><br>    Defendant. | Case No. CV14-04961-RGK (MANx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**[F.R.Civ.P.  8(a)(2), 9(b), 12(b)(6)]**<br><br>Hearing Date:   May 11, 2015<br>Time:              9:00 a.m.<br><br>Courtroom 850<br>Hon. R. Gary Klausner |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 11, 2015, in Courtroom 850 of the above-entitled Court, 255 East Temple Street, Los Angeles California, defendant General Motors LLC ("GM") will and hereby does move for an order pursuant to Rules 8(a)(2), 9(b) and 12(b)(6) dismissing plaintiff Wendy Smith's First, Second and Third Causes of Action attempted to be stated in plaintiffs' Second Amended Complaint herein for failure to state claims upon which relief can be granted.

The motion will be based on the accompanying memorandum of points and authorities and on all other pleadings, papers and other documents on file herein.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 26, 2015.

DATED:  April 2, 2015          ISAACS CLOUSE CROSE & OXFORD LLP

*/s/ Gregory R. Oxford*

Attorneys for Defendant
General Motors LLC